LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Xiyi Fu (SBN 278274)
jackie.fu@lockelord.com
44 Montgomery Street, Suite 4100
San Francisco, CA 94104
Telephone:  (415) 318-8810
Fax:  (415) 676-5816

Attorneys for Defendants
Select Portfolio Servicing, Inc.; and U.S. Bank, National Association, as Trustee to Thornburg Mortgage Securities Trust 2005-3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN NEUMAN and SHERI NEUMAN <br><br> Plaintiffs, <br><br> vs. <br><br> QUALITY LOAN SERVICE CORP., SELECT PORTFOLIO SERVICE INC, U.S. BANK, N.A. AS TRUSTEE FOR THE THORNBURG MORTGAGE SECURITIES TRUST 2005-3, JP MORGAN CHASE BANK N.A., DOES 1-10 <br><br> Defendants. | CASE NO.:  4:17-cv-01157-KAW <br><br> Hon. Kandis Westmore <br><br> **STIPULATION TO STAY PROCEEDINGS AND [PROPOSED] ORDER AS MODIFIED** <br><br><br><br><br> Complaint Filed:  February 8, 2017 |

Plaintiffs Ryan Neuman and Sheri Neuman ("Plaintiffs") and Defendants Select Portfolio Servicing, Inc. and U.S. Bank, National Association, as Trustee to Thornburg Mortgage Securities Trust 2005-3 ("Defendants"), by and through their respective counsel of record, jointly stipulate and agree as follows:

**RECITALS**

1.     Plaintiffs filed their Complaint on February 8, 2017.  Dkt. 1-1.

2. Defendants filed a Notice of Removal on March 6, 2017, removing the instant case to the United States District Court in the Northern District of California. Dkt. 1.

3. Defendants' deadline to file a response to the Complaint is March 13, 2017.

4. The parties are working on a potential resolution to this matter, and in connection with these discussions, wish to stay all proceedings in this matter, including hearings, briefings, appearances and any other deadlines imposed by law or the Court, for 45 days.

8. The parties stipulate and agree that the extension request herein is not requested for purposes of delay and will not result in any prejudice to the parties or to the Court.

## **STIPULATION**

WHEREFORE, the Parties stipulate and agree:

1. The action shall be stayed for 45 days.

2. The deadline for Defendants to file a response to Plaintiff's Complaint shall be extended to April 27, 2017.

3. The Initial Case Management Conference, currently scheduled for June 6, 2017, shall be continued for 45 days or to a date that is convenient for this Court.

**IT IS SO STIPULATED.**

Dated: March 21, 2017                           Respectfully submitted,

                                                LOCKE LORD LLP


                                                By:  */s/ Xiyi Fu*
                                                     Regina J. McClendon
                                                     Xiyi Fu
                                                Attorneys for Defendants Select Portfolio Servicing, Inc.; and U.S. Bank, National Association, as Trustee to Thornburg Mortgage Securities Trust 2005-3

**Locke Lord LLP**
44 Montgomery Street, Suite 4100
San Francisco, CA 94104

| | | |
|---|---|---|
| 1 | Dated: March 21, 2017 | Respectfully submitted, |
| 2 | | MOSS & MURPHY |

By:  */s/ Glenn Moss*
        Glenn Moss
        Ann Murphy
Attorneys for Plaintiffs Ryan Neuman and Sheri Neuman

1 | Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that she has obtained concurrence
2 | regarding the filing of this document from the signatories to the document.
3 |     Dated: March 21, 2017                        */s/ Xiyi Fu*_____
4 |                                                                               Xiyi Fu

**Locke Lord LLP**
44 Montgomery Street, Suite 4100
San Francisco, CA 94104

1

**[PROPOSED] ORDER AS MODIFIED**

2   Pursuant to the stipulation of the parties, and good cause appearing, the Court hereby orders

3   as follows:

4   1.   ~~All proceedings are stayed until _____.~~

5   2.   The deadline for Defendants Select Portfolio Servicing, Inc. and U.S. Bank, National

6   Association, as Trustee to Thornburg Mortgage Securities Trust 2005-3 to file a response to the

7   Complaint shall be extended to April 27, 2017.

8   3.   The July 6, 2017 Initial Case Management Conference shall be continued to August

9   8, 2017.

11   IT IS SO ORDERED.

13   Dated: 3/20/17                         _____
                                            Honorable Kandis A. Westmore
14                                          Magistrate Judge of the United States District Court