LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Xiyi Fu (SBN 278274)
jackie.fu@lockelord.com
44 Montgomery Street, Suite 4100
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

Attorneys for Defendants
Select Portfolio Servicing, Inc.; and U.S. Bank, National Association, as Trustee to Thornburg Mortgage Securities Trust 2005-3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN NEUMAN and SHERI NEUMAN<br><br>Plaintiffs,<br><br>vs.<br><br>QUALITY LOAN SERVICE CORP., SELECT PORTFOLIO SERVICE INC, U.S. BANK, N.A. AS TRUSTEE FOR THE THORNBURG MORTGAGE SECURITIES TRUST 2005-3, JP MORGAN CHASE BANK N.A., DOES 1-10<br><br>Defendants. | CASE NO.: 4:17-cv-01157-KAW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**[FED. R. CIV. P. 41(A)]**<br><br><br><br>Complaint Filed: February 8, 2017 |

Plaintiffs Ryan Neuman and Sheri Neuman ("Plaintiffs") and defendants Select Portfolio Servicing, Inc. and U.S. Bank, National Association, as Trustee to Thornburg Mortgage Securities Trust 2005-3 ("Defendants") (collectively with Plaintiffs, the "Parties") hereby stipulate as follows:

1. This action, and each and every claim asserted in the action, shall be dismissed in its entirety with prejudice; and

/ / /

2. Each of the Parties shall bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated: April 26, 2017　　　　　　　　　　　LOCKE LORD LLP

By: */s/ Xiyi Fu*
　　Regina J. McClendon
　　Xiyi Fu
Attorneys for Defendants Select Portfolio Servicing, Inc.; and U.S. Bank, National Association, as Trustee to Thornburg Mortgage Securities Trust 2005-3

Dated: April 26, 2017　　　　　　　　　　　MOSS & MURPHY

By: */s/ Glenn Moss*
　　Glenn Moss
　　Ann Murphy
Attorneys for Plaintiffs Ryan Neuman and Sheri Neuman

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the indicated signatories to the document.

Dated: April 26, 2017　　　　　　By: */s/ Xiyi Fu*
　　　　　　　　　　　　　　　　　　Xiyi Fu

**IT IS SO ORDERED.**

Dated: 4/27/17　　　　　　　　　　　　　_Kandis Westmore_
　　　　　　　　　　　　　　　　　Honorable Kandis A. Westmore
　　　　　　　　　　　　　　　　　Magistrate Judge of the United States District Court